**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:17-cv-00190-RJC-DSC**

| | | |
|---|---|---|
| **ETTORE J. SCIALPI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

**THIS MATTER** is before the Court on the "MOTION for Leave to Appear Pro Hac Vice as to Lindsay F. Osterhout," (Doc. No. 3). For the reasons stated therein, the Motion is **GRANTED**.

**SO ORDERED**.

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge